IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EDWARD LEWIS ABNEY, et al., | ) CASE NO. 3:12-MC-0012 |
| | ) **(related to case pending as 5:10-CV-** |
| Plaintiffs, | ) **00303-JBC in the Eastern District of** |
| | ) **Kentucky – Lexington Division)** |
| vs. | ) |
| | ) MAGISTRATE JUDGE JOHN BRYANT |
| UNIVAR USA INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOVANT PPG INDUSTRIES, INC.'S MOTION FOR LEAVE TO FILE *INSTANTER* ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ORDER TO SHOW CAUSE AND FOR SANCTIONS, INCLUDING ITS COSTS AND ATTORNEYS' FEES**

Pursuant to Local Rule 7.01(b), movant PPG Industries, Inc. ("PPG") hereby requests leave from this Court to file *Instanter* the attached Reply Memorandum ("Reply") in support of its Motion for an Order to Show Cause and for Sanctions Including Its Costs and Attorneys' Fees ("Show Cause Motion"). On February 16, 2012, plaintiffs in the Kentucky action filed their Preliminary Objection and Opposition to Defendants' (sic) Motion for an Order to Show Cause and for Sanctions, Including Its Costs and Attorneys' Fees ("Opposition"). It is necessary for PPG to file its Reply in order to address numerous misstatements in the Kentucky plaintiffs' Opposition.

*[handwritten annotations and signature]*
GRANTED
3-1-12